UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANK JOSEPH HAYES,

                              Plaintiff,                        **ORDER**

       -against-                                     21 Civ. 7086 (KMK)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------X

        On February 19, 2022, Plaintiff filed an affidavit of service confirming that the Commissioner of Social Security ("Commissioner") was served on November 18, 2021. (Docket No. 14). Pursuant to the Court's Standing Order, "the [Commissioner] shall within 90 days after service file the certified transcript of administrative proceedings" ("eCAR"). (Docket No. 4). To date, the Commissioner has not filed the eCAR. Accordingly, the Commissioner is directed to file the eCAR by March 18, 2022.

        Since no notice of appearance has been filed, the Clerk is respectfully requested to mail a copy of this Order to the Commissioner at the following addresses:

Commissioner of Social Security
C/O Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

Commissioner of Social Security
C/O U.S. Attorney Office SDNY
86 Chambers Street
New York, NY 10007

Dated: March 10, 2022
        White Plains, New York

                                                          **SO ORDERED:**

                                                          _____
                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge